FILED
CLERK, U.S. DISTRICT COURT

APR - 4 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OLEGARIO RODRIGUEZ <br><br> Defendant. | CR 16-838-DSF <br><br> ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. § 3148(b): (Allegations of Violation of Pretrial Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge DSF ].

B.

The court finds there is

(1)

    (A)   ( )   Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)   (X)   Clear and convincing evidence that the defendant has violated any other condition of release; and

(2)

    (A)  (X)  Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community; or

    (B)  ( )  The person is unlikely to abide by any condition or combination of conditions of release.

            and/or, in the event of (1)(A)

(3)      ( )  There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

            <u>or</u>

(4)      ( )  The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

        ( )  It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the [assigned district judge] [criminal duty district judge].

            <u>or</u>

C.

(X) IT IS ORDERED defendant be detained ~~prior to trial.~~ To Commence service of sentence.

DATED: 4/4/19

_____
U.S. MAGISTRATE/~~DISTRICT~~ JUDGE
PAUL L. ABRAMS

[11/04]